**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HANSEN, NICOLE A | § Case No. 12-81026 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/07/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/14/2012         By:  /s/JOSEPH D. OLSEN                  
                                                                                      Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: HANSEN, NICOLE A § Case No. 12-81026
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 40,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 40,000.00 |
| **Balance on hand:** | $ 40,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 40,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 4,750.00 | 0.00 | 4,750.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 67.50 | 0.00 | 67.50 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 775.00 | 0.00 | 775.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,592.50 |
| Remaining balance: | $ 34,407.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 34,407.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 34,407.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,391.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,952.65 | 0.00 | 11,033.65 |
| 2 | GE Capital Retail Bank | 2,407.50 | 0.00 | 2,050.82 |
| 3 | GE Capital Retail Bank | 595.47 | 0.00 | 507.25 |
| 4 | GE Capital Retail Bank | 1,797.75 | 0.00 | 1,531.40 |
| 5 | Bureaus Investment Group Portfolio No 15 LLC | 1,061.39 | 0.00 | 904.14 |
| 6 | Atlas Acquisitions LLC (Citibank South Dakota,) | 3,663.29 | 0.00 | 3,120.55 |
| 7 | Quantum3 Group LLC as agent for | 2,135.59 | 0.00 | 1,819.19 |
| 8 | Quantum3 Group LLC as agent for | 1,110.02 | 0.00 | 945.56 |
| 9 | Quantum3 Group LLC as agent for | 569.23 | 0.00 | 484.90 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Quantum3 Group LLC as agent for | 2,863.53 | 0.00 | 2,439.28 |
| 11 | Rockford Mercantile Agency Inc | 1,598.48 | 0.00 | 1,361.66 |
| 12 | Capital One, N.A. | 934.53 | 0.00 | 796.07 |
| 13 | PYOD, LLC its successors and assigns as assignee | 8,702.33 | 0.00 | 7,413.03 |

Total to be paid for timely general unsecured claims: $ 34,407.50
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
　　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 12-81026-MB
Nicole A Hansen                                                              Chapter 7
        Debtor               **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: Nov 26, 2012
                              Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2012.
```
db         +Nicole A Hansen,    412 Warren Ave,    Rockford, IL 61107-4748
18648214   +AT & T Phone Service,    Attn: Bankruptcy Dept.,    P.O. Box 769,    Arlington, TX 76004-0769
18648212    American TV,   c/o World Financial Network,    P.O. Box 182125,    Columbus, OH 43218-2125
18648213   +Amex Department Stores,    P.O. Box 8218,    Mason, OH 45040-8218
18991457   +Atlas Acquisitions LLC  (Citibank South Dakota,),    294 Union St.,    Hackensack, NJ 07601-4303
18648215    Best Buy,   c/o HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
19239302    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18648216    Chase Credit Cards,    P. O. Box 15298,    Wilmington, DE 19850-5298
18648217    Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-6000
18648218   +Citizen's Finance,    6457 North Second Street,    Loves Park, IL 61111-4109
18737228   +Citizens Automobile Finance Inc,    Bankruptcy Dept,    Mail Code RJE-135,    480 Jefferson Blvd,
             Warwick, RI 02886-1359
18648220   +David's Bridal,    P.O. Box 183003,    Columbus, OH 43218-3003
18648221    Directv, Inc.,    c/o C. Schrum Sr. Manager,    P.O. Box 6550,    Englewood, CO 80155-6550
18648223    Gordon's,   P.O. Box 182789,    Columbus, OH 43218-2789
18648224    HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
18648227   +John C. Bonewicz, Atty. at Law,    350 N. Orlean Street, Ste 300,    Chicago, IL 60654-1607
18648229   +Macy's,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
18648230    Menard's,   c/o Retail Services,    P.O. Box 5226,    Carol Stream, IL 60197-5226
18648232   +OSF St. Anthony Medical Center,    5510 East State Street,    Rockford, IL 61108-2381
18648231    Orchard Bank,    P.O. Box 81622,    Salinas, CA 93912-1622
18648234   +PNC Mortgage,    Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
18648233   +Perryville Surgical Associates,    535 Roxbury Road,    Rockford, IL 61107-5076
18648235   +Rockford Mercantile Agency Inc,    2502 S. Alpine Road,    Rockford, IL 61108-7813
18648237    Target Stores,    c/o Target Credit Services,    P.O. Box 1581,    Minneapolis, MN 55440-1581
18648238    The Room Place,    c/o WFNNB Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18987569   +E-mail/Text: bnc@atlasacq.com Nov 27 2012 03:31:45     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
18954933    E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2012 02:48:02
             Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
             25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18648219   +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Nov 27 2012 02:41:59
             Creditors' Protection Service,    202 W. State St, 3rd Floor,    P.O. Box 4115,
             Rockford, IL 61110-0615
18648222    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2012 02:51:06     Discover Card,
             P.O. Box 30943,    Salt Lake City, UT 84130
18896558    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2012 02:51:06     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18915819    E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2012 02:47:53     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18648225   +E-mail/Text: Bankruptcy@icsystem.com Nov 27 2012 04:25:05     I.C. Systems,    444 East Highway 96,
             P.O. Box 64378,    St. Paul, MN 55164-0378
18648226    E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2012 02:52:37     JC Penney,    c/o GE Money Bank,
             P.O. Box 965009,    Orlando, FL 32896-5009
18648228    E-mail/Text: bnckohlsnotices@becket-lee.com Nov 27 2012 02:36:07     Kohl's,    P.O. Box 3043,
             Milwaukee, WI 53201-3043
19267723   +E-mail/Text: resurgentbknotifications@resurgent.com Nov 27 2012 02:34:57
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
19052329    E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2012 04:21:00
             Quantum3 Group LLC as agent for,    World Financial Capital Bank,    PO Box 788,
             Kirkland, WA 98083-0788
19052219    E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2012 04:21:00
             Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
             Kirkland, WA 98083-0788
18648236    E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2012 02:51:44     Rogers & Holland,
             c/o GE Capital Credit Services,    7905 Quivira Rd,    Shawnee Mission, KS 66215-2732
18648239   +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2012 02:46:46     Wal-Mart,
             c/o GE Money Bank Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 14
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: kkrystave            Page 2 of 3              Date Rcvd: Nov 26, 2012
                              Form ID: pdf006            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2012**                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 3 of 3                 Date Rcvd: Nov 26, 2012
                              Form ID: pdf006              Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:
          Craig A Willette   on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Jeffry A. Dahlberg   on behalf of Debtor Nicole Hansen MartiM@balsleylawoffice.com,
          SandyC@balsleylawoffice.com;LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
          Joseph D Olsen   Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen   on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                                                                                                                                                                                   TOTAL: 5