# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HANSEN, NICOLE A                             § Case No. 12-81026
                                                    §
                                                    §
                                                    §
Debtor(s)                                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned:  $135,431.00              Assets Exempt:  $21,800.00
(without deducting any secured claims)

Total Distribution to Claimants: $34,407.50   Claims Discharged
                                              Without Payment: $63,100.01

Total Expenses of Administration: $5,592.50
```

3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $129,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,592.50 | 5,592.50 | 5,592.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,406.68 | 40,391.76 | 40,391.76 | 34,407.50 |
| **TOTAL DISBURSEMENTS** | $200,406.68 | $45,984.26 | $45,984.26 | $40,000.00 |

4) This case was originally filed under Chapter 7 on March 20, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013          By: /s/JOSEPH D. OLSEN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Condo @ 8606 Victory Lane, Machesney Park | 1210-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citizen's Finance | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage Bankruptcy Department | 4110-000 | 114,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$129,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 67.50 | 67.50 | 67.50 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 775.00 | 775.00 | 775.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,592.50** | **$5,592.50** | **$5,592.50** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,843.93 | 12,952.65 | 12,952.65 | 11,033.65 |
| 2 | GE Capital Retail Bank | 7100-000 | N/A | 2,407.50 | 2,407.50 | 2,050.82 |
| 3 | GE Capital Retail Bank | 7100-000 | N/A | 595.47 | 595.47 | 507.25 |
| 4 | GE Capital Retail Bank | 7100-000 | N/A | 1,797.75 | 1,797.75 | 1,531.40 |
| 5 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | N/A | 1,061.39 | 1,061.39 | 904.14 |
| 6 | Atlas Acquisitions LLC (Citibank South Dakota,) | 7100-000 | N/A | 3,663.29 | 3,663.29 | 3,120.55 |
| 7 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,135.59 | 2,135.59 | 1,819.19 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,110.02 | 1,110.02 | 945.56 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 569.23 | 569.23 | 484.90 |
| 10 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,863.53 | 2,863.53 | 2,439.28 |
| 11 | Rockford Mercantile Agency Inc | 7100-000 | 1,447.00 | 1,598.48 | 1,598.48 | 1,361.66 |
| 12 | Capital One, N.A. | 7100-000 | N/A | 934.53 | 934.53 | 796.07 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 8,702.33 | 8,702.33 | 7,413.03 |
| NOTFILED | I.C. Systems | 7100-000 | 3,186.30 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney c/o GE Money Bank | 7100-000 | 1,651.63 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | David's Bridal | 7100-000 | 1,069.85 | N/A | N/A | 0.00 |
| NOTFILED | Gordon's | 7100-000 | 522.99 | N/A | N/A | 0.00 |
| NOTFILED | Directv, Inc. c/o C. Schrum Sr. Manager | 7100-000 | 134.83 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 1,570.00 | N/A | N/A | 0.00 |
| NOTFILED | John C. Bonewicz, Atty. at Law | 7100-000 | 3,663.29 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney c/o GE Money Bank | 7100-000 | 507.33 | N/A | N/A | 0.00 |
| NOTFILED | Target Stores c/o Target Credit Services | 7100-000 | 13,284.50 | N/A | N/A | 0.00 |
| NOTFILED | Rogers & Holland c/o GE Capital Credit Services | 7100-000 | 646.41 | N/A | N/A | 0.00 |
| NOTFILED | The Room Place c/o WFNNB Bankruptcy Dept | 7100-000 | 2,826.41 | N/A | N/A | 0.00 |
| NOTFILED | Perryville Surgical Associates | 7100-000 | 267.40 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart c/o GE Money Bank Bankruptcy Dept | 7100-000 | 2,407.50 | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony Medical Center | 7100-000 | 21.38 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Bankruptcy Processing | 7100-000 | 531.08 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 893.21 | N/A | N/A | 0.00 |
| NOTFILED | Menard's c/o Retail Services | 7100-000 | 2,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors' Protection Service | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Orchard Bank | 7100-000 | 1,049.32 | N/A | N/A | 0.00 |
| NOTFILED | Chase Credit Cards | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 1,496.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy c/o HSBC Retail Services | 7100-000 | 3,259.79 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 8,494.00 | N/A | N/A | 0.00 |
| NOTFILED | AT & T Phone Service | 7100-000 | 551.23 | N/A | N/A | 0.00 |
| NOTFILED | Amex Department Stores | 7100-000 | 488.00 | N/A | N/A | 0.00 |
| NOTFILED | American TV c/o World Financial Network | 7100-000 | 2,080.30 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 2,043.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$71,406.68** | **$40,391.76** | **$40,391.76** | **$34,407.50** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81026  
**Case Name:** HANSEN, NICOLE A  

**Period Ending:** 03/26/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/20/12 (f)  
**§341(a) Meeting Date:** 04/26/12  
**Claims Bar Date:** 08/06/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at: 412 Warren Ave, Rockford | 103,000.00 | 0.00 | | 0.00 | FA |
| 2 | Harris Bank/ checking | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Alpine Bank - checking | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Harris Bank - checking | 6.00 | 0.00 | | 0.00 | FA |
| 5 | Alpine Bank - checking | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Chase Bank - checking | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing and personal items | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in Illinois Municipal Retirement Fund | Unknown | 0.00 | | 0.00 | FA |
| 10 | 1999 Honda Shadow | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Ford Explorer | 12,000.00 | 0.00 | | 0.00 | FA |
| 12 | Right to receive adoption credit for a special n | 12,150.00 | 0.00 | | 0.00 | FA |
| 13 | Condo @ 8606 Victory Lane, Machesney Park (u) | 0.00 | 100,000.00 | | 40,000.00 | FA |
| 13 | Assets  Totals (Excluding unknown values) | **$135,431.00** | **$100,000.00** | | **$40,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2013  **Current Projected Date Of Final Report (TFR):** November 26, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-81026  
**Case Name:** HANSEN, NICOLE A  
**Taxpayer ID #:** **-***0610  
**Period Ending:** 03/26/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******12-66 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/08/12 | {13} | Northwewst Bank | Compromise | 1210-000 | 40,000.00 | | 40,000.00 |
| 01/14/13 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,750.00, Trustee Compensation;  Reference: | 2100-000 | | 4,750.00 | 35,250.00 |
| 01/14/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $67.50, Trustee Expenses;  Reference: | 2200-000 | | 67.50 | 35,182.50 |
| 01/14/13 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $775.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 775.00 | 34,407.50 |
| 01/14/13 | 104 | Discover Bank | Dividend paid 85.18% on $12,952.65; Claim# 1; Filed: $12,952.65; Reference: | 7100-000 | | 11,033.65 | 23,373.85 |
| 01/14/13 | 105 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid 85.18% on $1,061.39; Claim# 5; Filed: $1,061.39; Reference: | 7100-000 | | 904.14 | 22,469.71 |
| 01/14/13 | 106 | Atlas Acquisitions LLC (Citibank South Dakota,) | Dividend paid 85.18% on $3,663.29; Claim# 6; Filed: $3,663.29; Reference: | 7100-000 | | 3,120.55 | 19,349.16 |
| 01/14/13 | 107 | Quantum3 Group LLC as agent for | Dividend paid 85.18% on $1,110.02; Claim# 8; Filed: $1,110.02; Reference: | 7100-000 | | 945.56 | 18,403.60 |
| 01/14/13 | 108 | Rockford Mercantile Agency Inc | Dividend paid 85.18% on $1,598.48; Claim# 11; Filed: $1,598.48; Reference: | 7100-000 | | 1,361.66 | 17,041.94 |
| 01/14/13 | 109 | Capital One, N.A. | Dividend paid 85.18% on $934.53; Claim# 12; Filed: $934.53; Reference: | 7100-000 | | 796.07 | 16,245.87 |
| 01/14/13 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid 85.18% on $8,702.33; Claim# 13; Filed: $8,702.33; Reference: | 7100-000 | | 7,413.03 | 8,832.84 |
| 01/14/13 | 111 | GE Capital Retail Bank | Combined Check for Claims#2,3,4 | | | 4,089.47 | 4,743.37 |
| | | | Dividend paid 85.18% on $2,407.50;  Claim# 2; Filed: $2,407.50    2,050.82 | 7100-000 | | | 4,743.37 |
| | | | Dividend paid 85.18% on $595.47;  Claim# 3; Filed: $595.47    507.25 | 7100-000 | | | 4,743.37 |
| | | | Dividend paid 85.18% on $1,797.75;  Claim# 4; Filed: $1,797.75    1,531.40 | 7100-000 | | | 4,743.37 |
| 01/14/13 | 112 | Quantum3 Group LLC as agent for | Combined Check for Claims#7,9,10 | | | 4,743.37 | 0.00 |
| | | | Dividend paid 85.18% on $2,135.59;  Claim# 7; Filed: $2,135.59    1,819.19 | 7100-000 | | | 0.00 |
| | | | Dividend paid 85.18% on $569.23;  Claim# 9; Filed: $569.23    484.90 | 7100-000 | | | 0.00 |
| | | | Dividend paid 85.18%    2,439.28 | 7100-000 | | | 0.00 |

Subtotals :  $40,000.00    $40,000.00

{} Asset reference(s)    Printed: 03/26/2013 09:48 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-81026 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | HANSEN, NICOLE A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******12-66 - Checking Account |
| Taxpayer ID #: | **-***0610 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $2,863.53; Claim# 10; Filed: $2,863.53 | | | | |
| | | | **ACCOUNT TOTALS** | | 40,000.00 | 40,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 40,000.00 | 40,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,000.00** | **$40,000.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/26/2013 09:48 AM　V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-81026 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | HANSEN, NICOLE A | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****103966 - Checking Account |
| Taxpayer ID #: | **-***0610 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :      40,000.00
                   _____
Net Estate :        $40,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******12-66** | 40,000.00 | 40,000.00 | 0.00 |
| **Checking # ****103966** | 0.00 | 0.00 | 0.00 |
| | $40,000.00 | $40,000.00 | $0.00 |

{} Asset reference(s)                                                                 Printed: 03/26/2013 09:48 AM    V.13.13